

# NUMBER 13-21-00432-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DAVID SAUCEDA, III, M.D. AND
VALLEY CHILDREN'S CLINIC, P.A.,                                    Appellants,

v.

MALLORY COTTON AND
JERAMY BRIDGES, INDIVIDUALLY,
AND AS NEXT FRIENDS,
NATURAL PARENTS, AND AS
WRONGFUL DEATH BENEFICIARIES
OF BABY BOY BRIDGES,                                                 Appellees.

On appeal from the 103rd District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

Before Justices Hinojosa, Tijerina, and Silva
Memorandum Opinion by Justice Hinojosa

This matter is before the Court on appellants' unopposed motion to dismiss. On December 22, 2021, appellees voluntarily non-suited all pending claims against appellants, with prejudice, rendering this appeal moot.

The Court, having considered appellants' motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellants' unopposed motion to dismiss is granted, and the appeal is hereby dismissed as moot. Costs will be taxed against the appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellants.").

LETICIA HINOJOSA
Justice

Delivered and filed on the
13th day of January, 2022.